Argued and submitted May 7, appeal dismissed June 13, 2001

MARK LYNN SMITH,
*Appellant,*

*v.*

Robert LAMPERT,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

99-05-30,525-M; A107587

25 P3d 984

Bob Pangburn argued the cause and filed the briefs for appellant.

Kaye E. McDonald, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

**PER CURIAM**

Plaintiff appeals from a judgment dismissing his writ of habeas corpus. The appeal is moot by virtue of plaintiff's completion of his incarceration in segregation after the trial court entered its judgment. *See generally Pham v. Thompson*, 156 Or App 440, 965 P2d 482 (1998), *rev.den* 328 Or 246 (1999).

Appeal dismissed.